IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN JORGE SANCHEZ      TDCJ-CID #577512 | § § § | |
| V. | § § | C.A. NO. C-06-099 |
| GARRET, SHAW, AND BURWELL PAROLE COMMITTEE, ET AL. | § § | |

## ORDER VACATING ORDER GRANTING
## PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*
## AND VACATING INITIAL PARTIAL FILING FEE AND COLLECTION ORDER

On March 20, 2006, the Court entered an Initial Partial Filing Fee and Collection Order (D.E. 7), in which plaintiff's application to proceed *in forma pauperis* (D.E.2), was granted. That Order (D.E. 7), is hereby VACATED.

ORDERED this 18th day of May, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE