IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN JORGE SANCHEZ          TDCJ-CID #577512 | § § § | |
| V. | § § | C.A. NO. C-06-099 |
| GARRET, SHAW, AND BURWELL    PAROLE COMMITTEE, ET AL. | § § § | |

## FINAL JUDGMENT

Final judgment dismissing plaintiff's claims without prejudice is entered.

ORDERED this 23rd day of May, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE